■ In the Matter of ATLANTIC GULF & PACIFIC Co., Petitioner, v. LAWRENCE E. GEROSA, as Comptroller of the City of New York, Respondent.— Determination unanimously confirmed and the petition dismissed, with $20 costs and disbursements to respondent. (See *Henneford* v. *Silas Mason Co.,* 300 U. S. 577; *Matter of United Airlines* v. *Joseph,* 281 App. Div. 876; *Southern Pacific Co.* v. *Gallagher,* 306 U. S. 167.) Concur — Botein, P. J., Breitel, Valente, Eager and Steuer, JJ.

■ In the Matter of JOHN C. HILL, an Attorney.— Motion for reinstatement to the Bar denied, without prejudice to a renewal thereof subsequent to December 26, 1964. Concur — Breitel, J. P., Rabin, Valente, Eager and Steuer, JJ.

■ BENJAMIN HIRSON v. SIMAB CORPORATION et al.— The parties have stipulated, in lieu of a hearing, that a copy of the order with notice of entry was mailed to the attorney for the appellant as alleged but that the attorney for the appellant never received the same. In the circumstances the motion to dismiss the appeal is denied. Concur — Botein, P. J., Breitel, Valente, Eager and Steuer, JJ.